IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT GRANING, )<br>)<br>Defendant. ) | Case No. 4:03CR3106 |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 70, now set for September 1, 2011, at 12:00 noon until a date certain in approximately 90 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 8th day of December, 2011, at 12:00 noon. The Defendant is ordered to appear at such time.

Dated this 29th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge